NUMBER 13-06-188-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

______________________________________________________
_

 

EDUARDO LOPEZ,                                                   Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_______________________________________________________


 

                  On appeal from the 105th
District Court

                           of Kleberg
County, Texas.

______________________________________________________     

                     MEMORANDUM OPINION

 

   Before Chief Justice Valdez and
Justices Rodriguez and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, EDUARDO
LOPEZ, attempted to perfect an appeal from a purported order entered by the
105th District Court of Kleberg County, Texas, in
cause no. 05-AC-0468. 
The clerk=s record was received
on April 24, 2006.  








Upon review of the
clerk=s record, it did not
appear that an appealable order had been entered by the trial court.  Notice of this defect was given so that steps
could be taken to correct the defect, if it could be done.  Appellant was advised that, if the defect was
not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of jurisdiction.  To date, appellant has failed to file a
response as requested by this Court=s notice. 

The Court, having
considered the documents on file and appellant=s failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 

PER CURIAM

 

Do not publish.  Tex.
R. App. P. 47.2(b).

 

Memorandum Opinion
delivered and filed this

the 20th
day of July, 2006.